AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | 8:03CR404 |
|     Plaintiff, ) | | |
| ) | | |
| v. ) | | USM No: 18877-047 |
| ) | | |
| DAVID LEE RUSSELL ) | | JEREMY P. MURPHY |
|     Defendant. ) | | Defendant's Attorney |
| Date of previous judgment: 8/31/20048 ) | | |

**Amended Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

    Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 151 months is reduced to 121 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

    Previous Offense Level: 33    Amended Offense Level: 31
    Criminal History Category: II    Criminal History Category: II
    Previous Guideline Range: 151 to 188 months    Amended Guideline Range: 121 to 151 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☑ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated August 31, 2004 shall remain in effect.
**IT IS SO ORDERED.**

Dated this 23rd day of June, 2008
Effective Date: Monday, July 7, 2008

                      s/ Laurie Smith Camp
                      United States District Judge